# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSEF SHAPOUR, | ) 1:13-cv-01682 AWI-BAM |
| Plaintiff, | ) ORDER DENYING PLAINTIFF"S MOTION FOR ENTRY OF DEFAULT |
| vs. | ) (Doc. Nos. 8, 12) |
| STATE OF CALIFORNIA, Department of Transportation | ) |
| Defendant. | ) |

On December 6, 2013, Plaintiff Youssef Shapour ("Plaintiff") filed a Motion for Default Judgment against the State of California, Department of Transportation ("Defendant"). (Doc. 8). The matter was referred to the Magistrate Judge, who on December 19, 2013, recommended Plaintiff's motion be DENIED. (Doc. 12). The Findings and Recommendations provided fourteen days to file objections. None were filed.

In accordance with 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case and finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS that:

1. The Findings and Recommendations (Doc. No. 12) are adopted in full;
2. Plaintiff's Motion for Default Judgment (Doc. No. 8) against Defendant the State of California, Department of Transportation is DENIED.

IT IS SO ORDERED.

Dated: February 21, 2014

_____
SENIOR DISTRICT JUDGE

1