# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOUSSEF SHAPOUR,** | **CASE NO. 1:13-CV-1682 AWI BAM** |
| **Plaintiff** | **ORDER VACATING HEARING DATE OF MARCH 17, 2014 AND TAKING MATTER UNDER SUBMISSION** |
| **v.** | |
| **STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION** | |
| **Defendant** | |

Defendant has made a motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim. Doc. 15. Plaintiff has filed an opposition. Doc. 18. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 17, 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 13, 2014

SENIOR DISTRICT JUDGE