Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff Youssef Shapour

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| YOUSSEF SHAPOUR,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION,<br><br>                Defendant. | Case No. 1:13-CV-1682 AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE: ORDER** |

      IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record, Kevin G. Little, attorney for Plaintiff, Youssef Shapour and Matthew B. George, attorney for defendant California Department of Transportation, as follows:

      1.    Plaintiff Youssef Shapour dismisses the entire action with prejudice.

      2.    Each party agrees to a mutual waiver of costs, including attorney's fees.

Dated: May  11  , 2016

/s/ Kevin G. Little
Kevin G. Little,
Attorney for Yousseff Shapour

Dated: May  13  , 2016

/s/Matthew B. George
Matthew B. George,
Attorney for California Department of Transportation

# ORDER

IT IS SO ORDERED that Plaintiff Youssef Shapour dismisses the entire action with prejudice. Each party agrees to a mutual waiver of costs, including attorney's fees. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: __**May 16, 2016**__             /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE